Marvin Vale **WILSON**

v.

**PENNSYLVANIA RAILROAD COM-
PANY, Appellant.**

No. 12056.

United States Court of Appeals
Third Circuit.

Argued Dec. 7, 1956.

Decided Jan. 7, 1957.

Appeal from the United States District Court for the Western District of Pennsylvania; Nelson McVicar, Judge.

Bruce R. Martin, Pittsburgh, Pa. (Pringle, Bredin & Martin, Pittsburgh, Pa., on the brief), for appellant.

Louis C. Glasso, Pittsburgh, Pa., for appellee.

Before BIGGS, Chief Judge, KALODNER, Circuit Judge, and KRAFT, District Judge.

PER CURIAM.

Careful examination of the briefs and record and consideration of the oral argument in the case at bar convince us that the appeal is without merit. Consequently the judgment of the court below, D.C., 141 F.Supp. 233, will be affirmed.

**UNITED STATES of America,
Appellant,**

v.

**R. F. BALL CONSTRUCTION COM-
PANY, Inc.,**

and

**United Pacific Insurance Company,
Appellees.**

No. 16276.

United States Court of Appeals
Fifth Circuit.

Dec. 26, 1956.

A. F. Prescott, George F. Lynch, Attorneys, Department of Justice, Washington, D. C., Russell B. Wine, U. S. Atty., San Antonio, Tex.

Elmer J. Kelsey, Atty., Dept. of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., John N. Stull, Acting Asst. Atty. Gen., Harman Parrott, Asst. U. S. Atty., San Antonio, Tex., for appellant.

Richard U. Simon, Ft. Worth, Tex., Josh H. Groce, San Antonio, Tex., Eskridge, Groce & Hebdon, San Antonio, Tex., of counsel, for appellee.

Before CAMERON, JONES and BROWN, Circuit Judges.

PER CURIAM.

The facts of this case are well recited and the controlling principles of law are well stated in the opinion of Judge Rice, R. F. Ball Construction Company v. Jacobs, D.C., 140 F.Supp. 60. For the reasons there set forth the judgment appealed from is

Affirmed.